IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CITY OF LA CROSSE,

    Plaintiff and Counter Defendant,

v.

FAIRWAY OUTDOOR FUNDING, LLC,
d/b/a LAMAR ADVERTISING OF LA CROSSE,
trade name THE LAMAR COMPANIES,

    Defendant, Counter Claimant,
    and Third-Party Plaintiff,

v.

CRAIG THOMPSON and
WISCONSIN DEPARTMENT OF
TRANSPORTATION,

    Third-Party Defendants.

Case No. 20-cv-549-jdp

## JUDGMENT AND PERMANENT INJUNCTION

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff City of La Crosse against defendant Fairway Outdoor Funding, LLC d/b/a Lamar Advertising of La Crosse, trade name The Lamar Companies ("Lamar"), as follows:

1. The City of La Crosse had the right pursuant to its billboard lease with Lamar to give written notice of non-renewal and has in fact given written notice of non-renewal.

2. The city's December 10, 2019, written notice of non-renewal to Lamar was made more than 60 days prior to the annual renewal date of February 28, 2020.

3. The billboard lease term was properly terminated on February 28, 2020.

4. Lamar is ordered to remove its billboard from the property on which it is situated, 621 3rd Street North, La Crosse, Wisconsin, including all associated structures, equipment, and materials, at its own expense, within 45 days of entry of this judgment, and to restore the surface of the leased premises to its original condition.

5. Lamar is not entitled to any compensation from the city for the non-renewal of the billboard lease, not entitled to any compensation associated with the removal of the billboard and all billboard related structures, equipment, and materials from the property on which the billboard is situated, and not entitled to any compensation associated with the restoration of the surface of the leased premises to its original condition.

6. This case is dismissed without prejudice.

7. Once Lamar has complied with this judgment, either side may move to have the dismissal be made with prejudice.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of counter defendant City of La Crosse dismissing Lamar's counterclaims and in favor of third-party defendants Craig Thompson and Wisconsin Department of Transportation dismissing Lamar's third-party claims.

Approved as to form this __19TH__ day of July, 2022.

_____
James D. Peterson
District Judge

_____   __July 19th, 2022__
Joel Turner                                Date
Clerk of Court

2